**Exhibit A to the Complaint**

**Location:** Brooklyn, NY  **IP Address:** 67.84.57.147
**Total Works Infringed:** 45  **ISP:** Optimum Online

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 1 | 37C71CA96A9A5DDC57C05C6C84B27B7CA7CC8C97 | Blacked | 05/11/2018 12:57:10 | 05/10/2018 | 05/24/2018 | PA0002101376 |
| 2 | 09DF1A4719225D9989EE50E1E7316F7AB9159B03 | Blacked Raw | 01/29/2018 05:24:18 | 01/22/2018 | 02/20/2018 | PA0002104185 |
| 3 | 0BAEA36D03C153CF962E2B382C78DCC29D150452 | Blacked Raw | 04/30/2018 01:34:17 | 04/27/2018 | 05/24/2018 | PA0002101367 |
| 4 | 0C3FC2C395D484CDE33DEBE68F11C01E6CB01333 | Blacked Raw | 12/19/2017 13:25:45 | 12/18/2017 | 01/23/2018 | PA0002101753 |
| 5 | 0DD5E0CA1A0C69884033049F7172BED08A279A91 | Vixen | 12/18/2017 08:18:33 | 12/15/2017 | 01/24/2018 | PA0002101764 |
| 6 | 14743B8301ADC104D17BEE821D5E134AB0AAD555 | Blacked | 04/21/2018 18:34:50 | 04/20/2018 | 05/23/2018 | PA0002101307 |
| 7 | 151C9743BA87628908C4B36D5493A14D4A6CF58C | Blacked Raw | 12/10/2017 18:48:23 | 12/08/2017 | 01/02/2018 | PA0002097423 |
| 8 | 1966DD997632B3C33DD057C109A5274D2C67D9A4 | Blacked Raw | 01/29/2018 05:26:03 | 01/27/2018 | 03/02/2018 | PA0002104873 |
| 9 | 1E88257B5A7E167737FB457C5D93EF92AE972CC2 | Blacked | 01/01/2018 05:55:31 | 12/31/2017 | 01/15/2018 | PA0002099700 |
| 10 | 21D3700D91A9A538FF8D94300B85D6A482220565 | Vixen | 12/22/2017 21:54:06 | 12/20/2017 | 01/15/2018 | PA0002099694 |
| 11 | 282BBCBFFC452EC15DCEF9D96AF47887B8AAB22B | Blacked Raw | 02/23/2018 18:12:49 | 02/21/2018 | 03/02/2018 | PA0002104741 |
| 12 | 291F2552BA28D9FEAC1BB52BA9C8B7320A93860A | Blacked Raw | 04/02/2018 01:48:12 | 03/28/2018 | 04/12/2018 | PA0002091513 |
| 13 | 33C8EEAB91488A15AD0412E64F7ADE7026BB6214 | Blacked Raw | 01/08/2018 14:12:58 | 01/07/2018 | 01/24/2018 | PA0002101759 |
| 14 | 3BDD484D8950336CB8885552339DB88355DF7EEB | Blacked | 04/11/2018 15:09:10 | 04/10/2018 | 05/23/2018 | PA0002101304 |
| 15 | 3C40112BBB34B6425E0BB15D1CC96F6577C75FE6 | Blacked Raw | 12/06/2017 13:32:43 | 12/03/2017 | 01/04/2018 | PA0002097460 |
| 16 | 455E85AE02C6CE801980B5DA38F8FD404B008BEE | Vixen | 03/21/2018 13:18:15 | 03/20/2018 | 04/12/2018 | PA0002091523 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 17 | 489DB267C55395E44EC326BB587141F742BEF361 | Tushy | 12/28/2017 12:52:17 | 12/27/2017 | 01/23/2018 | PA0002101754 |
| 18 | 4F7139C846BE05C351E2480631BBC349C6E66359 | Vixen | 01/01/2018 07:49:34 | 12/30/2017 | 01/15/2018 | PA0002070944 |
| 19 | 516F85667359CC8D9FC037335178380FF76DA007 | Blacked Raw | 02/20/2018 09:30:28 | 02/16/2018 | 03/01/2018 | PA0002079185 |
| 20 | 6129F5C45914998ECC6D32BBA53E60026D0ED761 | Blacked | 01/08/2018 13:42:43 | 01/05/2018 | 01/15/2018 | PA0002099696 |
| 21 | 64E8A4184F05F358CB7BE733EE97338820C31D0C | Blacked | 12/13/2017 12:49:02 | 12/11/2017 | 01/04/2018 | PA0002097429 |
| 22 | 69AD098BBE790BE118953F4FA58C656111EAFADF | Vixen | 01/05/2018 13:04:53 | 01/04/2018 | 01/15/2018 | PA0002070947 |
| 23 | 803980630B01E6B8475DCF8AAA2A4CE99E7007C0 | Vixen | 01/19/2018 12:44:42 | 09/26/2017 | 10/10/2017 | PA0002085861 |
| 24 | 817DC38DAFC342D2CB4E93229E49736BEA5677EC | Blacked | 02/01/2018 06:54:37 | 01/30/2018 | 03/01/2018 | PA0002079186 |
| 25 | 846FFB3D503D8181207FB22BFABE31DE5A06E6F1 | Blacked | 02/16/2018 21:03:29 | 02/14/2018 | 03/02/2018 | PA0002104757 |
| 26 | 8D49B281B1AF985A5F78C9B954290CAF5CC7DD5F | Tushy | 01/13/2018 17:43:46 | 01/11/2018 | 01/24/2018 | PA0002101766 |
| 27 | 8DC5A34B823B33DC7C7AB4C5A260C6E5C93B028A | Tushy | 02/01/2018 11:09:10 | 01/26/2018 | 02/20/2018 | PA0002104196 |
| 28 | 965B5BBEA963E113EE8E66F110174B2C40480BEA | Tushy | 04/23/2018 04:56:21 | 04/21/2018 | 05/23/2018 | PA0002101309 |
| 29 | 9F01C28059D32E35328AA301E9F60E4FBAC1482B | Tushy | 01/08/2018 13:39:17 | 01/01/2018 | 01/22/2018 | PA0002101767 |
| 30 | A799B5F70AF870CD7947B018D9154D0E152A0F8F | Vixen | 01/15/2018 22:40:26 | 01/09/2018 | 01/15/2018 | PA0002070945 |
| 31 | A7AB6301B1A36DB8A3BD827ADE02550865FE7C65 | Tushy | 01/08/2018 13:45:22 | 01/06/2018 | 01/24/2018 | PA0002101756 |
| 32 | A92F9D314D0018E679B15D122C8271C63C86598A | Vixen | 12/12/2017 06:30:26 | 12/10/2017 | 01/04/2018 | PA0002097451 |
| 33 | AFD467CD6644702A843CBCDD1DAD19A3EA10863A | Blacked | 01/29/2018 05:05:09 | 01/25/2018 | 03/02/2018 | PA0002104748 |
| 34 | B126E2D4AD62808FD0A74439043E474581921E4F | Blacked Raw | 02/28/2018 18:03:53 | 02/26/2018 | 03/02/2018 | PA0002104869 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 35 | BE318A510609E371AF062CD4CEB3E6198F31C8A3 | Tushy | 12/19/2017 18:51:36 | 12/17/2017 | 01/24/2018 | PA0002101765 |
| 36 | D06FB7FF3800D0F03A1A06ADABCD9AB5774A5262 | Blacked Raw | 02/08/2018 15:55:27 | 02/06/2018 | 02/20/2018 | PA0002104186 |
| 37 | D133AEA50A8CD08E976A9B7561F1308B82EBEC2F | Blacked | 11/27/2017 15:01:50 | 11/26/2017 | 01/04/2018 | PA0002069346 |
| 38 | D50B75F3FBF36DC58F3A4FEAFB4B826C7EA6DC84 | Blacked Raw | 01/03/2018 15:11:51 | 01/02/2018 | 01/26/2018 | PA0002101761 |
| 39 | DFBAA1C866DF02E6D565BE54944F1BE750268AF3 | Blacked | 12/13/2017 14:01:57 | 12/06/2017 | 01/04/2018 | PA0002097418 |
| 40 | E2CB3C730B38F984CEE04829406D22123674EEAD | Tushy | 02/23/2018 19:24:59 | 02/20/2018 | 03/01/2018 | PA0002079187 |
| 41 | E49222EB236425C434143B6C3E9165E336EE05B8 | Blacked Raw | 11/29/2017 01:32:57 | 11/28/2017 | 01/04/2018 | PA0002097446 |
| 42 | E6C0235152FEA617FF722557AD46D5891EFB04CE | Blacked | 02/05/2018 09:58:39 | 02/04/2018 | 03/01/2018 | PA0002079189 |
| 43 | E98888B968832E58BCCA5D62724E7C46E3B4397D | Blacked Raw | 04/23/2018 04:53:22 | 04/22/2018 | 05/24/2018 | PA0002101381 |
| 44 | F1DFDE579A54B77BD268E6E7DA0D104F1192AA09 | Blacked | 12/18/2017 05:00:27 | 12/16/2017 | 01/24/2018 | PA0002101762 |
| 45 | F32AE88DF4B6CD0EC85CE927346EB3CC02758CA3 | Blacked | 03/22/2018 12:18:57 | 03/21/2018 | 04/12/2018 | PA0002091520 |