**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

------------------------------------------------------------X

STRIKE 3 HOLDINGS, LLC,

                    Plaintiff,

vs.

JOHN DOE subscriber assigned IP address 67.84.57.147,

                    Defendant.

------------------------------------------------------------X

Case No. 1:18-cv-03749-WFK-ST

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.
DEC 06 2018
BROOKLYN OFFICE

## PLAINTIFF'S VOLUNTARY DISMISSAL
## WITH PREJUDICE OF JOHN DOE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Strike 3 Holdings, LLC hereby gives notice that its claims in this action against Defendant John Doe, subscriber assigned IP address 67.84.57.147, are voluntarily dismissed with prejudice.

Dated: December 4, 2018

Respectfully submitted,

**FOX ROTHSCHILD, LLP**

By: */s/ Shireen Nasir*
    Shireen Nasir, Esq.
    snasir@foxrothschild.com
    101 Park Avenue
    17th Floor
    New York NY 10178
    Tel.: (212) 878-7900
    Fax: (212) 692-0940
    www.foxrothschild.com
    *Attorneys for Plaintiff*

The application is ✓ granted. ~~denied.~~
SO ORDERED
s/WFK
William F. Kuntz, II, U.S.D.J.
Dated: December 4, 2018
Brooklyn, New York

1